UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5282-GHK | Date | JULY 18, 2011 |
|---|---|---|---|
| Title | IN RE: JUAN CARLOS ZAPATA AND PATRICIA ULTRERAS | | |

**Presiding: The Honorable**      **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

(NONE)      (NONE)

**Proceedings:**      **(IN CHAMBERS) ORDER RE: REQUEST TO PROCEED IN FORMA PAUPERIS**

    This matter is before us to consider appellants' request to proceed in forma pauperis before the BAP. We have now considered the financial declarations filed by Juan Carlos Zapata and Patricia Ultreras, and determine that they jointly have sufficient assets to pay the filing fee. Appellants appear to be husband and wife, and they are pursuing one appeal. The financial declarations of Zapata and Ultreras show that they have total annual income in excess of $40,000.00. While they also support themselves and two daughters, this annual income is sufficient for them to pay the filing fee on this appeal. Accordingly, their request to proceed in forma pauperis is DENIED.

    This matter is now referred back to the BAP for all further proceedings.

**IT IS SO ORDERED.**

     --    :    --

Initials of Preparer      Bea